IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTINE YONEMURA,

    Plaintiff,

v.

LINDA POWERS, et al.,

    Defendants.

Case No.: 8:15-cv-03526-GJH

**ORDER**

IT IS HEREBY ORDERED that the parties' Joint Motion to Stay Proceedings is GRANTED, and all proceedings in this matter ARE HEREBY STAYED pending the resolution of the investigation by the special committee of the board of directors of Northwest Biotherapeutics, Inc. (the "Special Committee"). Every 60 days following the entry of this Order, the parties will submit a joint status report. Within 14 days after the parties receive notice that the Special Committee has concluded its investigation, the parties ARE HEREBY ORDERED to file a further status report with this Court.

It is FURTHER ORDERED this stay shall be without prejudice to, and without waiver of, any rights, arguments, claims, defenses, or objections that any party may have related to this lawsuit, including without limitation those related to Plaintiff's standing to prosecute this action, the court's jurisdiction, and the venue of the action.

It is SO ORDERED this 18 day of March, 2016.

_____
Hon. George J. Hazel
United States District Court