IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE YONEMURA,<br><br>             Plaintiff,<br><br>     v.<br><br>LINDA POWERS, et al.,<br><br>             Defendants. | Case No.:  8:15-cv-03526-PX |

**JOINT STATUS REPORT**

The Plaintiff and the Defendants (collectively, the "Parties") respectfully submit this joint status report under this Court's March 18, 2016 Order [ECF No. 31].  In support hereof, the parties jointly state as follows:

1.Counsel for Plaintiff and Northwest Biotherapeutics, Inc. continue to engage in good faith discussions about whether the litigation and demand letter can be resolved.

2.The Parties jointly submit that the stay should continue and will file their next Joint Status Report on January 16, 2017.

Respectfully submitted,

Dated:  November 15, 2016                                /s/
                                                                Nicholas I. Porritt (Bar No. 17078)
                                                                LEVI & KORSKINSKY LLP
                                                                1101 30th Street N.W., Suite 115
                                                                Washington, DC  20007
                                                                Telephone:  (202) 524-4290
                                                                Facsimile:  (202) 333-2121
                                                                E-mail:  nporritt@zlk.com

                                                                *Attorney for Plaintiff Christine Yonemura*

                                                                /s/
                                                                Jason J. Mendro
                                                                *(signed by Jason J. Mendro with permission of Nicholas I. Porritt)*

Dated:  November 15, 2016                                /s/
                                                                Jason J. Mendro (Bar No. 17609)
                                                                Jeffrey S. Rosenberg (Bar No. 16736)
                                                                GIBSON, DUNN & CRUTCHER LLP
                                                                1050 Connecticut Avenue, N.W.
                                                                Washington, DC 20036-5306
                                                                Telephone: (202) 955-8297
                                                                Facsimile: (202) 530-9537
                                                                E-mail:  jmendro@gibsondunn.com
                                                                E-mail:  jsrosenberg@gibsondunn.com

                                                                *Attorneys for Defendants Alton L. Boynton, Robert A. Farmer, Navid Malik, Jerry Jasinowski, and Northwest Biotherapeutics, Inc.*

Dated: November 15, 2016                                /s/
                                                                John C. Dougherty (Bar No. 10462)
                                                                FROMMER LAWRENCE & HAUG LLP
                                                                745 Fifth Avenue
                                                                New York, NY 10151
                                                                Telephone:  (212) 588-0800
                                                                E-mail: john.dougherty@dlapiper.com

                              Benjamin D. Schuman (Bar No. 28829)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209
Telephone:  (410) 580-3000
Facsimile:  (410) 580-3001
E-mail:  ben.schuman@dlapiper.com

*Attorneys for Defendant Cognate BioServices, Inc.*

                              /s/
_____
Jason J. Mendro
*(signed by Jason J. Mendro with permission of John C. Dougherty)*

Dated:  November 15, 2016                /s/
_____
Scott R. Haiber (Bar No. 25947))
HOGAN LOVELLS US LLP
100 International Drive
Suite 2000
Baltimore, Maryland  21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
E-mail:  scott.haiber@hoganlovells.com

*Attorney for Defendants Linda F. Powers, Toucan Capital Fund III, L.P., Toucan General II, LLC, and Toucan Partners, LLC*

                              /s/
_____
Jason J. Mendro
*(signed by Jason J. Mendro with permission of Scott R. Haiber)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTINE YONEMURA,<br><br>    Plaintiff,<br><br> v.<br><br>LINDA POWERS, et al.,<br><br>    Defendants. | Case No.: 8:15-cv-03526-PX |

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 15, 2016, a copy of the foregoing Joint Status Report, which was electronically filed in this case on November 15, 2016, was transmitted via electronic mail to Scott R. Haiber, Hogan Lovells US LLP, 100 International Drive, Suite 200, Baltimore, MD 21202, attorney for Defendants Linda F. Powers, Toucan Capital Fund III, L.P., Toucan General II, LLC, and Toucan Partners, LLC.

            /s/
            Jason J. Mendro (Bar No. 17609)
            GIBSON, DUNN & CRUTCHER LLP
            1050 Connecticut Avenue, N.W.
            Washington, DC 20036-5306
            Telephone: (202) 955-8297
            Facsimile: (202) 530-9537
            E-mail:  jmendro@gibsondunn.com